IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00961-WYD-CBS
*Venued in Federal District Court for the*
*Eastern District of Wisconsin*
*Civil Case No. 2:06-CV-00515-RTR*

WISCONSIN ELECTRIC POWER COMPANY,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Oxbow Mining, LLC's Unopposed Motion to Withdraw Any Outstanding Issues Raised in its Motion for an Enlargement of Time to Serve Written Objections and to Continue Subpoena and Subpoena Duces Tecum, or Motion to Quash (*doc. no. 8)* is **GRANTED**.

      IT IS FURTHER ORDERED that the hearing set for June 25, 2007 is **VACATED**.

      IT IS FURTHER ORDERED that the Motion to Withdraw (*doc. no. 6)* is **MOOT**.

      IT IS FURTHER ORDERED that pursuant to D.C. COLO. LCivR 72.1 B. 7., based on this Minute Order, this civil action is closed.

**DATED:**    June 22, 2007